FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAVEL M. SHEVCHENKO,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ATLAS PRO CONSTRUCTION LLC, PRICE, TRAVIS WILLIAM, BLAKE NELSON, REAL BROKERS LLC, KSG HOLDINGS INC., GILL GREWAL GROUP CORP., JACK H. GRANT, P.S., and RO INVESTMENT PROPERTIES LLC.,<br><br>　　Defendants. | No. 2:25-CV-00245-SAB<br><br>**ORDER DISMISSING ACTION; CLOSING FILE** |

　　Before the Court is Plaintiff's *pro se*, Motion to Voluntarily Dismiss Plaintiff's complaint/Summons & Case, ECF No. 8. The motion was heard without oral argument.

　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff asks the Court to dismiss this action with prejudice. Plaintiff filed his Complaint on July 11, 2025. No answers have been filed.

//

//

**ORDER DISMISSING ACTION; CLOSING FILE ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's pro se, Motion to Voluntarily Dismiss Plaintiff's complaint/Summons & Case, ECF No. 8, is **GRANTED**.
2. The above-captioned Complaint is **DISMISSED**, with prejudice.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to Plaintiff, and **close** the file.

**DATED** this 18th day of August 2025.



Stan Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION; CLOSING FILE ~ 2**